SMS/INF
2015R00392

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Susan D. Wigenton |
| v. | Crim. No. 20-315 |
| BRADFORD AHYOUNG | 18 U.S.C. § 1956(h) |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From at least as early as on or about May 7, 2015, through on or about May 12, 2015, in Essex County, New Jersey and elsewhere, the defendant,

**BRADFORD AHYOUNG,**

did knowingly and intentionally conspire and agree with others to engage and attempt to engage in monetary transactions, by and through, or to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, namely, wire fraud in violation of Title 18, United States Code, Section 1343, contrary to Title 18, United States Code, Section 1957(a).

In violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

1. As the result of committing the money laundering conspiracy offense alleged in this Information, the defendant,

**BRADFORD AHYOUNG,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(l), all property, real and personal, involved in the money laundering conspiracy offense, and all property traceable to such property.

### Substitute Assets Provision

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

*[signature]*
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 20\_ \_ \_ \_ \_ \_

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

BRADFORD AHYOUNG

# INFORMATION FOR

18 U.S.C. § 1956(h)

### CRAIG CARPENITO
*UNITED STATES ATI'ORNEY*
*NEWARK, NEW JERSEY*

Sean M. Sherman
*ASSISTANT U.S. AITORNEY*
*973-645-2733*

USA-48AD 8
(Ed. 1/97)